United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60316
Summary Calendar
_____

FARUQUE A. CHOWDHURY,

Petitioner,

versus

ALBERTO R. GONZALES,
U.S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 011 684
---------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Faruque A. Chowdhury seeks a petition for review of the
Board of Immigration Appeals' (BIA) January 14, 2005, order
summarily affirming the Immigration Judge's decision finding him
removable and denying a continuance pending the adjudication of
his labor certification application, as well as of the BIA's
March 16, 2005, order denying his motion to reconsider.  Because
the petition for review is timely only as to the March 16, 2005,
order, we have jurisdiction over that order only.  See Stone v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

INS, 514 U.S. 386, 394 (1995); Karimian-Kaklaki v. INS, 997 F.2d 108, 111 (5th Cir. 1993); 8 U.S.C. § 1252(a)(1), (b)(1).

Chowdhury has not demonstrated any abuse of discretion on the BIA's part in connection with the denial of his motion to reconsider. His argument that the motion automatically tolled his voluntary-departure period is without merit. See Banda-Ortiz v. Gonzales, 445 F.3d 387, 389-90 (5th Cir. 2006). His constitutional challenge to the National Security Entry-Exit Registration System (NSEERS), under which he was required to register and which registry triggered the instant removal proceedings, is similarly without merit. See Lakhani v. Gonzales, 162 F. App'x 350, 354 (5th Cir. 2006); Ali v. Gonzales, 162 F. App'x 345, 348-49 (5th Cir. 2006); see also Sewani v. Gonzales, 162 F. App'x 285, 287 (5th Cir. 2006).

The petition for review is DENIED.